WILFRED L. HINKLE et al., Copartners under the Firm Name of HINKLE & FINLAYSON, Respondents, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.

(Argued April 22, 1936; decided May 19, 1936.)

*H. H. Nordlinger* and *Morris Cooper, Jr.,* for appellant.

*A. V. Cherbonnier* and *Robert S. Erskine* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ., Dissenting: CRANE, Ch. J., LEHMAN and HUBBS, JJ.